AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Bruce R. Travis*

V.

*United States*

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00348

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 02/24/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' *Pro Se* (name and address)

*Bruce R. Travis*
*P O B 311*
*Kihei, Hawaii*
*96753*

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
APR 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 2 4 2006
DATE

(By) DEPUTY CLERK

AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is MARCH 27, 2006. The cost of the mailing is $ 5.84

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

Certified mail # 7005 0390 0001 5357 5007

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____
Bruce R Travis

April 14, 2006
Date

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                              ☐ Agent<br>                                ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>    [signature]                  MAR 27 2006 |
| 1. Article Addressed to:<br><br>ERNETH L. WAINSTEIN<br>US. ATTORNEY DIST. OF COLUMBIA<br>CIVIL PROCESS CLERK<br>555 4TH ST. N.W.<br>WASHINGTON D.C.<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0002 5357 5007 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540