AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Bruce R. Travis*

V.

*United States*

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00348

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 02/24/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' *Pro Se* (name and address)

*Bruce R. Travis
POB 311
Kihei, Hawaii
96753*

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        FEB 2 4 2006

CLERK                             DATE

*M. Higgins*
(By) DEPUTY CLERK

RECEIVED
APR 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is __MARCH 27 2006__ The cost of the mailing is $ __5.84__

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # __7005 0390 0002 5357 5014__

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this affidavit Service and Statement of Service Fees is true and correct.

__Bruce R. Travis__ (signature)      __April 14, 2006__
Bruce R Travis                        Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALBERTO GONZALES
   U.S. ATTORNEY GENERAL
   CIVIL PROCESS CLERK
   950 PENNSYLVANIA AVE
   WASHINGTON, D.C.
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0002 5357 5014

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540