06-348 (RCL)

# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Bruce R Travis,

    Plaintiff(s),

v.

United States

    Defendant.

Case No.

ADDENDUM TO COMPLAINT No. 1

    This Court has recognized that an exception to the exhaustion of the administrative remedy is found where "An adverse decision can also be certain if an agency has articulated a very clear position on the issue which it has demonstrated it would be unwilling to reconsider." Randolph-Sheppard Vendors of Am. v. Weinberger, 795 F.2d 90, 105 (D.C. Cir. 1986) (citing Etelson v. Office of Pers. Mgmt., 684 F.2d 918, 925 (D.C. Cir. 1982).

    Pursuant to The Federal Records Act, 44 USC § 3101, and the National Archives Act, 44 USC § 3106, the attached correspondence is a public record. Pursuant to the Administrative Procedure Act, 5 USC 704, the attached correspondence is a final agency action.

    Pursuant to Fed Rules of Edv. Rule 902(1) the attached correspondence is self-authenticating. Pursuant to Fed. Rules of Edv. Rule 201 the court is required to take mandatory judicial notice of the adjudicative fact that the attached correspondence (sent to plaintiff(s),) is a final agency action that articulates a very clear position that the IRS is

Bruce R Travis v. United States.     page 1 of 2 pages     Addendum to Complaint

**RECEIVED**

MAY 3 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

unwilling to reconsider [1].

Dated 4/28, 2006

*[signature: Bruce R Travis]*

Bruce R Travis
PO Box 311
Kihei, Hawaii 96753

PO Box 311
Kihei, Hawaii 96753

## CERTIFICATE OF SERVICE

I certify that I have mailed an original and one copy of the forgoing to:

Clerk of Court, United States District Court, 333 Constitution Ave. NW, Washington D.C. 20001,

and one copy to:

Pat S Genis, Trial Attorney, Tax Division, U.S. Dept of Justice, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

Dated 4/28, 2006

*[signature: Bruce R Travis]*

Bruce R Travis

---

[1] The attached correspondence is provided solely to demonstrate that the defendants' agency has articulated a position that is a final agency action that defendants' agency is unwilling to reconsider and for no other purpose.

Bruce R Travis v. United States.    page 2 of 2 pages    Addendum to Complaint

**Internal Revenue Service**  
1973 North Rulon White Blvd.  
Ogden, UT 84404-0040

**Department of the Treasury**

Taxpayer Identification Number:  
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

**Date:** April 3, 2006

Person to Contact: Dennis Parizek

Employee Identification Number: 29-61699

BRUCE R TRAVIS  
214 HELEUMA PL  
KIHEI, HI 96753-7743144

Contact Telephone Number: 866-899-9083

Contact Hours: 7:00 am – 7:00 pm MST Mountain Time

Dear Taxpayer(s):

This is in reply to your recent correspondence dated 6/6/2005.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

You can obtain IRS Publication 2105, Why Do I Have to Pay Taxes?, from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We also refer you to a document entitled The Truth About Frivolous Tax Arguments. It is also on our website at www.irs.gov/pub/irs-utl/friv_tax.pdf. If you do not have internet access, you can obtain copies of these documents from your local IRS office.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's criminal enforcement program is available on the internet at www.irs.gov. Once there, enter the IRS keyword: fraud.

The IRS is working with the United States Department of Justice and state taxing authorities to ensure that all taxpayers pay their lawful share of taxes and to seek criminal indictments or civil enforcement actions against people who promote or join in abusive and fraudulent tax schemes.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

**Letter 3175C (Rev. 3-1-2004)**

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect Tax

Title 26, United States Code
    Section 6001  Notice or regulations requiring records, statements, and special returns
    Section 6011  General requirement of return, statement, or list
    Section 6012  Persons required to make returns of income
    Section 6109  Identifying numbers
    Section 6151  Time and place for paying tax shown on returns
    Section 6301  Collection Authority
    Section 6321  Lien for taxes
    Section 6331  Levy and distraint
    Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN PROVIDES:

CIVIL PENALTY - IF -
(1) any individual files what purports to be a return of the tax imposed by subtitle A but which -
    (A) does not contain information on which the substantial correctness of the self- assessment may be judged, or
    (B) contains information that on its face indicates that the self- assessment is substantially incorrect; and
(2) the conduct referred to in paragraph (1) is due to -
    (A) a position which is frivolous, or
    (B) a desire (which appears on the purported return) to delay or impede the administration of Federal income tax law, then such individuals shall pay a penalty of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you have questions, please write to us at the address shown at the top of the first page of this letter. Or, you may call us toll free at 1-800-829-8374 between the hours of 7:00 AM and 10:00 PM local time. Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. You may also wish to keep a copy of this letter for your records.

Your telephone Number (____) _____ Hours_____

                                              Sincerely yours,

                                              Operations Manager,
                                              Exam SC Support

Letter 3175C (Rev. 3-1-2004)



Internal Revenue Service
Department of the Treasury
1973 North Rulon White Blvd.
Ogden, UT 84201

Mail Stop: 4612
Person to Contact:
Mr. Parizek
Employee Number: 29-61699
Telephone Number:
1-866-899-9083

Date: September 5, 2003

Hours: 7:00 a.m. to 7:00 p.m.
Mountain Time
Monday - Friday
Taxpayer Identification Number:
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
Tax Year(s) Ending:
1998
Form: 1040X

BRUCE R. TRAVIS
214 HELEUMA PL
KIHEI HI 96753

Dear BRUCE R. TRAVIS:

We have determined that the document(s) referred to above is a frivolous document. The position you have taken has no basis in law and represents a frivolous position. The tax laws are very clear and have been tested in the courts - including the Supreme Court of the United States. Claims, such as yours, have been considered and rejected repeatedly as frivolous and without merit by the federal courts. Therefore, we will not respond to future correspondence from you concerning these same issues.

We encourage you to seek advice from competent tax counsel or an attorney qualified to practice in your state to assist in answering your tax questions.

This is to inform you of the potential consequences of the position you have taken and to offer you an opportunity to correct your position within 30 days from the date of this letter and avoid the assertion of a penalty. Internal Revenue Code Section 6702 provides for a penalty of $500.00 for each frivolous return or document filed.

If we receive the attached properly signed Form 2297 and Form 3363 from you within 30 days from the date of this letter, we will disregard the previous document filed and not assess the frivolous return penalty. If you do not respond within 30 days, or if you file another document taking the same or any other frivolous position, we will assess the frivolous return penalty on each frivolous document filed. Once the frivolous return penalty is assessed, you will receive a bill for $500.00 for each frivolous document filed. You will be required to pay the full $500.00 penalty prior to any reconsideration.

Letter PRF-1040X (OSC) (Rev. 02-99)

It will help us identify your case if you attach this letter to your response and mail it to the address shown above. The copy is for your records.

Sincerely,

*[signature]*

Operations Manager
Exam SC Support

Enclosures:
Notice 609
Publication 2105
Forms 2297 and 3363
Copy of this letter
Envelope

Letter PRE-1040X (OSC) (Rev. 02-99)

Internal Revenue Service
Department of the Treasury
Western Region
1160 West 1200 South
Ogden, UT  84201

Date: AUG 08 1998

Mail Stop:
4450
In Reply Refer To:
2981800000cw
Social Security Number:
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

BRUCE TRAVIS
PO BOX 311
KIHEI  HI  96753 0311 113

Dear Mr Travis:

This is in reply to your correspondence recently received.

Federal tax laws are passed by Congress and signed by the President. The Internal Revenue Service is responsible for administering Federal tax laws fairly and ensuring that taxpayers comply with those laws. The Internal Revenue Service does not have the authority to change tax laws.

The Internal Revenue Service strives to collect the proper amount of revenues at the least cost to the public, and in a manner that warrants the highest degree of public confidence in our integrity, efficiency, and fairness.  In accomplishing this, we continually strive to help taxpayers resolve legitimate account problems as effectively as possible.  While tax collection is not a popular function of government, it clearly is a necessary one, without which all other functions would eventually cease.

There are people who encourage others to deliberately violate our nation's tax laws.  It would be unfortunate if you were to rely on their opinions.  These individuals take legal statements out of context and claim that they are not subject to tax laws.  Many of them offer advice that is false and misleading.  They hope to encourage others to join them.  Generally, their advice isn't free. Taxpayers who purchase that kind of information often wind up paying more in taxes, interest, and penalties than they would have paid simply by filing correct tax returns.  Some may subject themselves to criminal penalties, including fines and possible imprisonment.

Federal courts have consistently ruled against the arguments you have made.  Therefore, we will not respond to future correspondence from you concerning these same issues.

Sincerely yours,

*(signature)*

Examination Branch
Ogden Service Center

4/28/06

Clerk Of Court
United States District Court
333 Constitution Ave. NW
Washington, D.C. 20001

06-348 RCL

Re: Case No. 06CV00348

This letter is to inform you that I have not received any response from the IRS since I began requesting answers to my questions back in 1996. As they have failed to respond to my information requests, Due Process Hearing requests for the tax years 1996-2000 and my request for an administrative hearing in the appeals program, I am the firm opinion that the Internal Revenue Service is unwilling to reconsider their position that I owe no tax due to the fact that I have never been properly assessed.

I filed numerous Notice Of Non-Response letters sent certified return receipt with Affidavits signed under the penalty of perjury and even filed Arbitrations to which they were ignored. All I have ever received from the IRS are form letters that state that my "arguments are frivolous and have no basis in law." The IRS has also erroneously stated that "Federal Courts have consistently ruled against such arguments...."

I have in my possession numerous Supreme Court rulings to the contrary.

I have enclosed documentation supporting my belief that the IRS is unwilling to reconsider their position and for the last ten (10) years I have done everything on earth to exhaust my administrative remedies pursuant to Section 7433 IRC.

Very truly yours,

Bruce Robert Travis