IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS           ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.             ) | No: 1:06-cv-348 (RCL) |
| ) | |
| UNITED STATES,           ) | |
| ) | |
| Defendant.          ) | |

## **O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1728393.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

BRUCE R. TRAVIS
Plaintiff *Pro Se*
P.O. Box 311
Kihei, HI 96753

1728393.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on April 24, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>BRUCE R. TRAVIS
>Plaintiff *Pro Se*
>P.O. Box 311
>Kihei, HI 96753

>/s/ Pat S. Genis
>PAT S. GENIS, #446244

1728393.1