UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE R. TRAVIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-348 (RCL) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Having considered the United States' motion [6] to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's lack of opposition thereto, it is hereby

ORDERED that the United States' motion to dismiss be and is GRANTED; It is further

ORDERED that plaintiff's complaint is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to all parties and representatives.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 20, 2006.